UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| AVIS BRAGG, et al., | ) |
| Plaintiffs, | ) Civil No. 11-108-ART |
| v. | ) |
| PIKEVILLE MEDICAL CENTER, INC., et al., | ) **ORDER** |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

The plaintiffs filed a motion to voluntarily dismiss their case with prejudice under Federal Rule of Civil Procedure 41(a)(1). R. 3, 3-1. No answers or motions for summary judgment have been filed.

Accordingly, it is **ORDERED** that:

1) The plaintiffs' motion for voluntarily dismissal with prejudice, R. 3, 3-1, is **GRANTED**. Therefore, this case is **DISMISSED WITH PREJUDICE**.

2) This matter is **STRICKEN** from the Court's active docket.

This the 17th day of October, 2011.



Signed By:
*Amul R. Thapar* AT
United States District Judge